B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Amerex Environmental Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA A-5 Acquisition Corp.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-0469721** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**31 West Downer Place**<br>**Ste. 409**<br>**Aurora, IL**       ZIP Code **60506** | Street Address of Joint Debtor (No. and Street, City, and State):       ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP Code | Mailing Address of Joint Debtor (if different from street address):       ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13       ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."       ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Amerex Environmental Services, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)  Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Amerex Environmental Services, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ David A. Newby**
Signature of Attorney for Debtor(s)

**David A. Newby 6191580**
Printed Name of Attorney for Debtor(s)

**Coman & Anderson, P.C.**
Firm Name

**650 Warrenville Road**
**Suite 500**
**Lisle, IL 60532**

Address

**Email: khaskell@comananderson.com**
**630/428-2660  Fax: 630/428-2549**
Telephone Number

**September 30, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Joseph Pircon**
Signature of Authorized Individual

**Joseph Pircon**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 30, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Amerex Environmental Services, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Allied Ventilation c/o Porritt, Kecskes, Silver & Gadd 621 S. Main St. Plymouth, MI 48170 | Allied Ventilation c/o Porritt, Kecskes, Silver & Gadd 621 S. Main St. Plymouth, MI 48170 | Breach of Contract Suit | Contingent Unliquidated Disputed | 245,326.00 |
| American Funds Service Company PO Box 2560 Norfolk, VA 23501-2560 | American Funds Service Company PO Box 2560 Norfolk, VA 23501-2560 | Trade Debt | | 10,721.36 |
| Andrew Kurth, LLP PO Box 201785 Houston, TX 77216-1785 | Andrew Kurth, LLP PO Box 201785 Houston, TX 77216-1785 | Legal services | | 14,202.00 |
| Arvin, Dale 3428 Charlestown Pike Jeffersonville, IN 47130 | Arvin, Dale 3428 Charlestown Pike Jeffersonville, IN 47130 | Default judgment on arbitration award 6/27/14 $181,774.50 in wages/commissions, $2,493 in attorney fees and costs | Disputed | 184,267.50 |
| Atra Metal Spinning PO Box 731 Painesville, OH 44077 | Atra Metal Spinning PO Box 731 Painesville, OH 44077 | Trade debt | | 4,417.82 |
| Baghouse & Industrial Sheet Metal 1731 Pomona Rd. Corona, CA 92880-6963 | Baghouse & Industrial Sheet Metal 1731 Pomona Rd. Corona, CA 92880-6963 | Trade Debt | | 2,484.64 |
| Bank Direct Capital Finance PO Box 660448 Dallas, TX 75266-0448 | Bank Direct Capital Finance PO Box 660448 Dallas, TX 75266-0448 | Credit extended | | 5,621.21 |
| CAPS Consulting 18358 Crystal Lakes Dr. North Royalton, OH 44133 | CAPS Consulting 18358 Crystal Lakes Dr. North Royalton, OH 44133 | Trade debt | | 19,250.00 |
| Chicago Blower Corporation 1675 Glen Ellyn Rd. Glendale Heights, IL 60139 | Chicago Blower Corporation 1675 Glen Ellyn Rd. Glendale Heights, IL 60139 | Trade debt | | 6,488.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Amerex Environmental Services, Inc.**          Case No.   _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Clark Hill PLC<br>151 S. Old Woodward Ave.<br>Ste. 200<br>Birmingham, MI 48009 | Clark Hill PLC<br>151 S. Old Woodward Ave.<br>Ste. 200<br>Birmingham, MI 48009 | Legal Services | | 22,332.30 |
| Danser Inc.<br>PO Box 4098<br>Parkersburg, WV 26104 | Danser Inc.<br>PO Box 4098<br>Parkersburg, WV 26104 | | | 117,840.00 |
| Emo Trans International Freight<br>2322 Grand Ave.<br>Baldwin, NY 11510 | Emo Trans International Freight<br>2322 Grand Ave.<br>Baldwin, NY 11510 | Trade debt | | 4,324.44 |
| FLS Airtech<br>AFT Division<br>PO Box 2630<br>Evans, GA 30809 | FLS Airtech<br>AFT Division<br>PO Box 2630<br>Evans, GA 30809 | Trade debt | | 33,357.32 |
| Lhoist North America of Missouri<br>3700 Hulen St.<br>Fort Worth, TX 76107 | Lhoist North America of Missouri<br>3700 Hulen St.<br>Fort Worth, TX 76107 | Trade debt | | 30,640.00 |
| National Conveyors Co., Inc.<br>33 Nicholson Rd.<br>East Granby, CT 06026 | National Conveyors Co., Inc.<br>33 Nicholson Rd.<br>East Granby, CT 06026 | Trade debt | | 101,196.05 |
| Rotolok Valves, Inc.<br>2711 Gray Fox Rd.<br>Monroe, NC 28110 | Rotolok Valves, Inc.<br>2711 Gray Fox Rd.<br>Monroe, NC 28110 | Trade debt | | 6,814.00 |
| Royal Wire Products, Inc.<br>13450 York Delta Dr.<br>North Royalton, OH 44133 | Royal Wire Products, Inc.<br>13450 York Delta Dr.<br>North Royalton, OH 44133 | Trade debt | | 9,610.00 |
| S.D.&B. Enterprises, Inc.<br>201 Houston St.<br>Ste. 124<br>Batavia, IL 60510 | S.D.&B. Enterprises, Inc.<br>201 Houston St.<br>Ste. 124<br>Batavia, IL 60510 | Rents | | 5,005.00 |
| Southern Filter Media, Inc.<br>PO Box 2170<br>Hixson, TN 37343 | Southern Filter Media, Inc.<br>PO Box 2170<br>Hixson, TN 37343 | Trade debt | | 15,445.05 |
| Verizon Wireless<br>Bankruptcy Administration<br>500 Technology Dr., Ste. 500<br>Weldon Spring, MO 63304 | Verizon Wireless<br>Bankruptcy Administration<br>500 Technology Dr., Ste. 500<br>Weldon Spring, MO 63304 | Utility | | 3,439.31 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Amerex Environmental Services, Inc.**                                    Case No. _____
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **September 30, 2014**                    Signature    **/s/ Joseph Pircon**
_____
**Joseph Pircon**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Amerex Environmental Services, Inc.**                                ,   Case No. _____

Debtor

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 153,325.11 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,061,550.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 866,782.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 153,325.11 | | |
| | | | Total Liabilities | 1,928,332.54 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Amerex Environmental Services, Inc.**                     ,      Case No. _____

                                      Debtor

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Amerex Environmental Services, Inc.** ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Amerex Environmental Services, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Old Second National Bank Aurora, IL** | - | 2,624.37 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Indemnification deposit with Landlord Aurora Business Center LLC Building Company for space at 31 West Downer Place, Suite 409, Aurora, IL 60506** | - | 1,500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **4,124.37**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **Amerex Environmental Services, Inc.** _____ ,   Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | 129,412.74 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      129,412.74
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Amerex Environmental Services, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford F150 Supercab** | - | 7,788.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous used office equipment and furnishings** | - | 12,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 19,788.00 |
| Total > | 153,325.11 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Amerex Environmental Services, Inc.** ,   Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | **9/2/14 and 9/24/14** | | | | | |
| **Pircon, Joseph J.** **6 South 270 Densmore** **Aurora, IL 60506** | - | | | | **UCCs and SecurityAgreement** **Accounts Receivable, chattel paper,** **commercial claims, hardware and** **software, licenses, copyrights, contract** **rights, deposit accounts, documents,** **financial assets and general intangibles** | | | | | |
| | | | | | Value $          **Unknown** | | | | **1,061,550.00** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

___0___ continuation sheets attached

| | Subtotal (Total of this page) | **1,061,550.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,061,550.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re   **Amerex Environmental Services, Inc.** _____, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>2</u>    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Amerex Environmental Services, Inc.** ,                    Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Lulewicz, Timothy R. <br> 2072 Wood St. <br> Friendship, WI 53934 | | - | Prepetition wages <br><br><br><br> Unknown | | | | | Unknown <br><br> Unknown | |
| Account No. <br><br> McMahon, Brian K. <br> 3039 Kentshire Circle <br> Naperville, IL 60564 | | - | Prepetition wages <br><br><br><br> Unknown | | | | | Unknown <br><br> Unknown | |
| Account No. <br><br> Pircon, Joseph J. <br> 6 South 270 Densmore <br> Aurora, IL 60506 | | - | Prepetition wages <br><br><br><br> Unknown | | | | | Unknown <br><br> Unknown | |
| Account No. <br><br> Pircon, Joseph P. <br> 6 South 270 Densmore <br> Aurora, IL 60506 | | - | Prepetition wages <br><br><br><br> Unknown | | | | | Unknown <br><br> Unknown | |
| Account No. <br><br> Rex, Kelsey L. <br> 0N660 Bowdish Dr. <br> Geneva, IL 60134 | | - | Prepetition wages <br><br><br><br> Unknown | | | | | Unknown <br><br> Unknown | |

Sheet  __1__  of  __2__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Amerex Environmental Services, Inc.**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Schlattman, Kay L.** **14916 S. Hawthorn** **Plainfield, IL 60544** | - | | **Prepetition wages** | | | | Unknown | Unknown / Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 / 0.00 |
|---|---|---|
| | | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 / 0.00 |
| | | 0.00 |

B6F (Official Form 6F) (12/07)

In re **Amerex Environmental Services, Inc.** ,                     Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **13-4587-CK**<br><br>**Allied Ventilation**<br>**c/o Porritt, Kecskes, Silver & Gadd**<br>**621 S. Main St.**<br>**Plymouth, MI 48170** | X | - | **11/15/2013**<br>**Breach of Contract Suit** | X | X | X | 245,326.00 |
| Account No.<br><br>**American Funds Service Company**<br>**PO Box 2560**<br>**Norfolk, VA 23501-2560** | | - | **Trade Debt** | | | | 10,721.36 |
| Account No.<br><br>**Andrew Kurth, LLP**<br>**PO Box 201785**<br>**Houston, TX 77216-1785** | | - | **Legal services** | | | | 14,202.00 |
| Account No.<br><br>**APF Holdings, LLC**<br>**2760 Beverly Dr., Ste. 7**<br>**Aurora, IL 60506** | | - | **Rents** | | | | 1,700.00 |

___9___ continuation sheets attached

Subtotal
(Total of this page)         271,949.36

B6F (Official Form 6F) (12/07) - Cont.

In re   **Amerex Environmental Services, Inc.**
                                                                  ,   Case No. _____
                                        **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Default judgment on arbitration award 6/27/14 $181,774.50 in wages/commissions, $2,493 in attorney fees and costs | | | | |
| Arvin, Dale 3428 Charlestown Pike Jeffersonville, IN 47130 | X | - | | | | | X | |
| | | | | | | | | 184,267.50 |
| Account No. | | | | Utility | | | | |
| AT&T POB 5014 Carol Stream, IL 60197-5017 | | - | | | | | | |
| | | | | | | | | 143.91 |
| Account No. | | | | Trade debt | | | | |
| Atra Metal Spinning PO Box 731 Painesville, OH 44077 | | - | | | | | | |
| | | | | | | | | 4,417.82 |
| Account No. | | | | Trade Debt | | | | |
| Baghouse & Industrial Sheet Metal 1731 Pomona Rd. Corona, CA 92880-6963 | | - | | | | | | |
| | | | | | | | | 2,484.64 |
| Account No. | | | | Credit extended | | | | |
| Bank Direct Capital Finance PO Box 660448 Dallas, TX 75266-0448 | | - | | | | | | |
| | | | | | | | | 5,621.21 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

196,935.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **Amerex Environmental Services, Inc.**                                    ,            Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Bent Tree - Assoc. Fees for Land** **40 Little Plne Mtn. Rd.** **#20202** **Jasper, GA 30143** | - | | | | | | | 798.00 |
| Account No. | | | | Trade debt | | | | |
| **Bete Fog Nozzel, Inc.** **50 Greenfield St.** **Greenfield, MA 01301** | - | | | | | | | 345.31 |
| Account No. | | | | Trade debt | | | | |
| **CAPS Consulting** **18358 Crystal Lakes Dr.** **North Royalton, OH 44133** | - | | | | | | | 19,250.00 |
| Account No. | | | | Trade debt | | | | |
| **Catching Fluidpower, Inc.** **881 Remington** **Attn: Tracy Cabrera** **Bolingbrook, IL 60440** | - | | | | | | | 79.84 |
| Account No. | | | | Revolving credit | | | | |
| **Chase** **Cardmember services** **15153** **Wilmington, DE 19886-5153** | - | | | | | | | 178.50 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     20,651.65

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Amerex Environmental Services, Inc.**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Chemco 1500 Industrial Dr. Monongahela, PA 15063 | | - | | | | | | 1,777.00 |
| Account No. | | | | Trade debt | | | | |
| Chicago Blower Corporation 1675 Glen Ellyn Rd. Glendale Heights, IL 60139 | | - | | | | | | 6,488.00 |
| Account No. | | | | Legal Services | | | | |
| Clark Hill PLC 151 S. Old Woodward Ave. Ste. 200 Birmingham, MI 48009 | | - | | | | | | 22,332.30 |
| Account No. | | | | | | | | |
| Danser Inc. PO Box 4098 Parkersburg, WV 26104 | | - | | | | | | 117,840.00 |
| Account No. | | | | Utility | | | | |
| Direct TV, Inc. PO Box 60036 Los Angeles, CA 90060 | | - | | | | | | 132.26 |

Sheet no. __3__ of __9__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)          148,569.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **Amerex Environmental Services, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Dorner Company PO Box 189 Sussex, WI 53089 | - | | | | | | | | 2,389.00 |
| Account No. | | | | | | | | | |
| Dwyer Instruments PO Box 373 Michigan City, IN 46361 | - | | | | | | | | 2,100.00 |
| Account No. | | | | | Trade debt | | | | |
| Emo Trans International Freight 2322 Grand Ave. Baldwin, NY 11510 | - | | | | | | | | 4,324.44 |
| Account No. | | | | | Trade debt | | | | |
| Fleetwood Sales PO Box 101 Naperville, IL 60566-0101 | - | | | | | | | | 340.66 |
| Account No. | | | | | Trade debt | | | | |
| FLS Airtech AFT Division PO Box 2630 Evans, GA 30809 | - | | | | | | | | 33,357.32 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,511.42

B6F (Official Form 6F) (12/07) - Cont.

In re    **Amerex Environmental Services, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Fluid Components Intl.** **1755 La Costa Meadows Drive** **San Marcos, CA 92078** | - | | | | | | 1,147.39 |
| Account No. | | | Trade debt | | | | |
| **Gordon Flesch Company, Inc.** **PO Box 992** **Madison, WI 53701-0992** | - | | | | | | 968.09 |
| Account No. | | | Trade debt | | | | |
| **Goyen Valve Corporation** **Dept. CH 14086** **Palatine, IL 60055** | - | | | | | | 751.33 |
| Account No. | | | Trade debt | | | | |
| **Hardy Systems Corp.** **610 Anthony Ave.** **Northbrook, IL 60062** | - | | | | | | 74.55 |
| Account No. | | | Trade debt | | | | |
| **Integrated Technical Solutions** **PO Box 762** **Allison Park, PA 15101-0762** | - | | | | | | 1,000.00 |

Sheet no. __5___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,941.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amerex Environmental Services, Inc.**                                          ,       Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Kelsey Rex** **0N660 Bowdish Dr.** **Geneva, IL 60134** | - | | | | | | | 82.33 |
| Account No. | | | | Trade debt | | | | |
| **Komline-Sanderson Engineering** **PO Box 200581** **Pittsburgh, PA 15251-0581** | - | | | | | | | 1,344.00 |
| Account No. | | | | Trade debt | | | | |
| **Lhoist North America of Missouri** **3700 Hulen St.** **Fort Worth, TX 76107** | - | | | | | | | 30,640.00 |
| Account No. | | | | | | | | |
| **Mandell Menkes LLC** **One North Franklin** **Ste. 3600** **Chicago, IL 60606** | - | | | | | | | 2,480.00 |
| Account No. | | | | Trade debt | | | | |
| **National Conveyors Co., Inc.** **33 Nicholson Rd.** **East Granby, CT 06026** | - | | | | | | | 101,196.05 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

135,742.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **Amerex Environmental Services, Inc.**                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Services | | | | |
| Paradise Janitorial Services, Inc. 664 Thorsen Ln. Batavia, IL 60510 | - | | | | | | | 165.00 |
| Account No. | | | | | | | | |
| Pitney Bowes Purchase Power PO Box 371874 Pittsburgh, PA 15250-7874 | - | | | | | | | 130.95 |
| Account No. | | | | Trade debt | | | | |
| Rotolok Valves, Inc. 2711 Gray Fox Rd. Monroe, NC 28110 | - | | | | | | | 6,814.00 |
| Account No. | | | | Trade debt | | | | |
| Royal United 600 Airport Rd. Winchester, VA 22602-4504 | - | | | | | | | 1,044.48 |
| Account No. | | | | Trade debt | | | | |
| Royal Wire Products, Inc. 13450 York Delta Dr. North Royalton, OH 44133 | - | | | | | | | 9,610.00 |

Sheet no. __7___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,764.43

B6F (Official Form 6F) (12/07) - Cont.

In re __**Amerex Environmental Services, Inc.**_____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Rents | | | | |
| **S.D.&B. Enterprises, Inc.** **201 Houston St.** **Ste. 124** **Batavia, IL 60510** | | - | | | | | | 5,005.00 |
| Account No. | | | | West Virginia suit for age discrimination, wages | | | | |
| **Scouras, Lucky Achillefs** **28 Cow Creek Rd.** **Route 4 Box 28** **Hurricane, WV 25526** | X | - | | | X | X | X | Unknown |
| Account No. | | | | Trade debt | | | | |
| **Southern Filter Media, Inc.** **PO Box 2170** **Hixson, TN 37343** | | - | | | | | | 15,445.05 |
| Account No. | | | | Trade debt | | | | |
| **Special Timer Corporation** **14524** **61st St. Court North** **Stillwater, MN 55082** | | - | | | | | | 554.00 |
| Account No. | | | | | | | | |
| **Steptoe & Johnson PLLC** **PO Box 247** **Bridgeport, WV 26330-0247** | | - | | | | | | 2,467.69 |

Sheet no. __**8**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **23,471.74**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Amerex Environmental Services, Inc.**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Teqworks 117 Flinn St. Batavia, IL 60510 | | - | | | | | | | 1,366.99 |
| Account No. | | | | | Trade debt | | | | |
| Uline PO Box 88741 Chicago, IL 60680-1741 | | - | | | | | | | 312.45 |
| Account No. | | | | | Services | | | | |
| UPS POB 15298 Wilmington, DE 19850-5298 | | - | | | | | | | 126.81 |
| Account No. | | | | | Utility | | | | |
| Verizon Wireless Bankruptcy Administration 500 Technology Dr., Ste. 500 Weldon Spring, MO 63304 | | - | | | | | | | 3,439.31 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,245.56 |
| | Total (Report on Summary of Schedules) | 866,782.54 |

B6G (Official Form 6G) (12/07)

.

In re   **Amerex Environmental Services, Inc.**                                    Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **APF Holdings, LLC**<br>**2760 Beverly Dr., Ste. 7**<br>**Aurora, IL 60504** | **Lease for storage space**<br>**2760 Beverly Dr., Au8rora, IL  60502**<br>**Jan 1, 2014 to Dec. 31, 2018**<br>**Base rent: $850/mo.** |
| **Aurora Business Center LLC**<br>**Building Company**<br>**31 W. Downer Place**<br>**Aurora, IL 60506** | **Office Lease for 31 W. Downer Place, Ste. 409,**<br>**Aurora, IL**<br>**9/1/2014 -8/31/2016**<br>**Base rent: $1,500 per month**<br>**Guarantor Joseph Pircon** |
| **CAPS Consulting**<br>**18358 Crystal Lakes Dr.**<br>**North Royalton, OH 44133** | **Management Services, Agreement**<br>**Term:  8/1/2014 - 7/31/2015**<br>**Contract services, paid per compensation**<br>**schedule to agreement** |
| **GFC Leasing**<br>**POB 2290**<br>**Madison, WI 53701-2290** | **Copier lease and Service Agreement**<br>**60 month term beginning 6/5/2014**<br>**$439/mo.**<br>**Option to purchase at fair market value** |
| **Tony Andriola**<br>**135 Hidden Lake Circle**<br>**Canton, GA 30114** | **Consulting Agreement for Drafting Services**<br>**Six month term beginning 9/16/2014**<br>**Hourly rate "$60 with $300 advance retainer each**<br>**month** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Amerex Environmental Services, Inc.**                                    ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amerex Environmental Technologies**<br>**c/0 High Ridge Partners**<br>**140 S. Dearborn, Ste. 420**<br>**Chicago, IL 60603**<br>    **Co-defendant in suit** | **Arvin, Dale**<br>**3428 Charlestown Pike**<br>**Jeffersonville, IN 47130** |
| **Amerex Environmental Technologies**<br>**c/o High Ridge Partners**<br>**140 S. Dearborn, Ste. 420**<br>**Chicago, IL 60603**<br>    **Co-defendant in suit** | **Allied Ventilation**<br>**c/o Porritt, Kecskes, Silver & Gadd**<br>**621 S. Main St.**<br>**Plymouth, MI 48170** |
| **Brian McMahon**<br>**31 W Downer Place**<br>**Ste. 409**<br>**Aurora, IL 60506**<br>    **Co-defendant in West Virgina suit** | **Scouras, Lucky Achillefs**<br>**28 Cow Creek Rd.**<br>**Route 4 Box 28**<br>**Hurricane, WV 25526** |
| **Joseph Pircon**<br>**31 W. Downer Place**<br>**Ste. 409**<br>**Aurora, IL 60506**<br>    **Co-defendant in West Virginia suit** | **Scouras, Lucky Achillefs**<br>**28 Cow Creek Rd.**<br>**Route 4 Box 28**<br>**Hurricane, WV 25526** |
| **Joseph Pircon**<br>**31 W. Downer Place**<br>**Ste. 409**<br>**Aurora, IL 60506**<br>    **Guarantor for Office Lease** | **Aurora Business Center LLC**<br>**Building Company**<br>**31 W. Downer Place**<br>**Aurora, IL 60506** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Amerex Environmental Services, Inc.**                    Case No.

                                   Debtor(s)          Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **22**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 30, 2014**             Signature    **/s/ Joseph Pircon**

                                               **Joseph Pircon**

                                             **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Amerex Environmental Services, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$853,787.00** | **2014 YTD: Customer sales** |
| **$1,196,628.00** | **2013: Customer sales** |
| **$2,683,680.00** | **2012: Customer sales** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)
2

---

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **American Express**<br>**POB 0001**<br>**Los Angeles, CA 90096-0001** | **7/30/14** | **$10,976.45** | **$5,353.53** |
| **Bank Direct Capital Finance**<br>**PO Box 660448**<br>**Dallas, TX 75266-0448** | **7/9/14 - $5,621.21**<br>**8/13/14 - $5,621.21** | **$11,242.42** | **$0.00** |
| **Blue Cross Blue Shield of IL**<br>**25550 Network Place**<br>**Chicago, IL 60673-1255** | **8/5/14 - $9,742.42**<br>**9/9/14 - $9,742.42** | **$19,484.84** | **$0.00** |
| **DCL, Inc.**<br>**PO Box 125**<br>**Charlevoix, MI 49720** | **7/11/14** | **$7,094.00** | **$0.00** |
| **FLS Airtech**<br>**AFT Division**<br>**PO Box 2630**<br>**Evans, GA 30809** | **7/21/14 - $11,097.00**<br>**8/13/14 -  $500.00** | **$11,597.00** | **$33,357.32** |
| **Industrial Air Technology**<br>**PO Box 2317**<br>**Gaylord, MI 49734** | **6/27/14 - $18,821.50**<br>**7/23/14 - $18,821.50** | **$37,643.00** | **$0.00** |
| **Komline-Sanderson Engineering**<br>**PO Box 200581**<br>**Pittsburgh, PA 15251-0581** | **7/11/14 - $7,744**<br>**8/6/14 - $13,920**<br>**9/16/14 - $1,344** | **$23,008.00** | **$0.00** |
| **National Conveyors Co., Inc.**<br>**33 Nicholson Rd.**<br>**East Granby, CT 06026** | **8/25/14** | **$20,000.00** | **$101,196.05** |
| **Rotolok Valves, Inc.**<br>**2711 Gray Fox Rd.**<br>**Monroe, NC 28110** | **8/13/14** | **$6,814.00** | **$6,814.00** |
| **Royal Wire Products, Inc.**<br>**13450 York Delta Dr.**<br>**North Royalton, OH 44133** | **7/11/14 - $3,340.80**<br>**8/25/14 - $8,115.72**<br>**9/16/14 - $9,610.00** | **$21,066.52** | **$0.00** |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **S.D.&B. Enterprises, Inc.**<br>**201 Houston St.**<br>**Ste. 124**<br>**Batavia, IL 60510** | **7/31/14 - $5,005.00**<br>**8/22/14 - $5,005.00** | **$10,010.00** | **$5,005.00** |
| **Southern Filter** | | **$15,445.05** | **$0.00** |

None
☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Joe Pircon**<br>**6S270 Densmore Rd.**<br>**Aurora, IL 60506**<br>    **President** | **6/24/14** | **$5,000.00** | **$1,061,500.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Dale Arvin v. Amerex Environmental Technologies, Inc. and Amerex Environmental Serives, Inc.**<br>**Case No. 14 CH 01794** | **Wage Claim** | **Chancery, Cook Co., Illinois** | **Default Judgment on arbitration award entered 6/27/14 $181,774.50 plus $2,493 in fees and costs** |
| **Allied Ventilation, Inc. v. Amerex Environmental Services, Inc. and Amerex Environmental Technologies, Inc.**<br>**Case No. 13-4587-CK** | **Contract** | **Macomb County, Michigan** | **Pending** |
| **Achillefs "Lucky" Scouras v. Amerex Corporation, Joseph Pircon, Brian McMahon**<br>**Case No. 14-C-537** | **Age Discrimination, Interfernce with Business Relations, Wages,** | **Kanawha County, West Virginia** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

4

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Coman & Anderson, P.C. 650 Warrenville Road Suite 500 Lisle, IL 60532** | **9/24/14 (Loan to debtor from Joseph Pircon paid directly to Coman & Anderson)** | **$50,000 (includes filing fee)** |

B7 (Official Form 7) (04/13)
5

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Joseph J. Pircon 6S270 Densmore Rd. Aurora, IL 60506 President** | **9/24/14** | **Security Agreement and UCC (19661873) $50,000 loan to company** |
| **Joseph J. Pircon 6 S 270 Densmore Rd. Aurora, IL 60506 President** | **9/2/14** | **UCC (19593568) $1,068,850.00 in loans to company** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 201 Houston, Ste. 200 | | 7/2013 - 7/2014 |
| Batavia, IL  60510 | | |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
7

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Amerex Environmental Services, Inc.** | 27-0469721 | **201 Houston St. Ste. 200 Batavia, IL 60510** | **Sale and engineering of replacement parts and service for air pollution control.** | **2009 - present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED

**Brian McMahon
31 W. Downer Place
Ste. 409
Aurora, IL 60506**

**Brian Pircon
31 West Downer Place
Ste. 409
Aurora, IL 60506**

**Kelsey Rex
31 West Downer Place
Ste. 409
Aurora, IL 60506**

B7 (Official Form 7) (04/13)

8

| | |
|---|---|
| None ■ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

| | |
|---|---|
| None ☐ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

NAME                                                            ADDRESS

**Briah McMahon**

**Kelsey Rex**

| | |
|---|---|
| None ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **First Midwest Bank** | **for calendar years 2012 and 2013** |
| **First Merit Bank** | **for calendar years 2012 and 2013** |
| **JP Morgan Chase Bank** | **for calendar years 2012 and 2013** |

---

**20. Inventories**

| | |
|---|---|
| None ■ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

| | |
|---|---|
| None ■ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

| | |
|---|---|
| None ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

| | |
|---|---|
| None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Joseph Pircon**<br>**6S270 Densmore Rd.**<br>**Aurora, IL 60506** | **President** | **100%** |

B7 (Official Form 7) (04/13)
9

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                                      DATE OF WITHDRAWAL

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                       TITLE                        DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Joseph P. Pircon**<br>**6S270 Densmore Rd.**<br>**Aurora, IL 60506**<br>   **President** | **Salary** | **$93,333.00** |

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                       TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                              TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 30, 2014**                    Signature    **/s/ Joseph Pircon**
                                                              **Joseph Pircon**
                                                              **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re **Amerex Environmental Services, Inc.** _____  Case No. _____
                                                              Debtor(s)                          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 48,283.00 |
| Prior to the filing of this statement I have received | $ | 48,283.00 |
| Balance Due | $ | 0.00 |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **September 30, 2014** _____     **/s/ David A. Newby** _____
                                                                  **David A. Newby 6191580**
                                                                  **Coman & Anderson, P.C.**
                                                                  **650 Warrenville Road**
                                                                  **Suite 500**
                                                                  **Lisle, IL 60532**
                                                                  **630/428-2660  Fax: 630/428-2549**
                                                                  **khaskell@comananderson.com**

---

MARK D. ANDERSON
LYNN E. CAGNEY
DANIEL G. COMAN
WILLIAM J. COTTER
JOHN A. LIPINSKY
MAUREEN A. MAFFEI
DAVID A. NEWBY
THOMAS G. ODDO
JEFFREY R. PLATT
GEORGE S. WEEMS



## COMAN & ANDERSON P.C.
ATTORNEYS AND COUNSELORS AT LAW
650 Warrenville Road ▪ Suite 500 ▪ Lisle, IL ▪ 60532
Telephone: (630) 428-2660
Facsimile: (630) 428-2549
www.ComanAnderson.com

DAVID A. NEWBY
DIRECT DIAL: (630) 946-1665
DNEWBY@COMANANDERSON.COM

September 5, 2014

**Via E-mail and First Class Mail:**
Mr. Joe Pircon
Amerex Environmental Services, Inc.
201 Houston St., Suite 200
Batavia, IL  60510
pirconj@yahoo.com

RE:    Chapter 11 Bankruptcy Filing for Amerex Environmental Services, Inc.

Dear Joe:

This letter will serve as an engagement letter for services to be performed by Coman & Anderson, P.C. ("Coman & Anderson"). Coman & Anderson has agreed to represent Amerex Environmental Services, Inc. (the "Debtor") in regard to proceedings under Chapter 11 of the Bankruptcy Code pursuant to the terms and conditions set forth below.

Coman & Anderson will represent the Debtor by using lawyers, paralegals and other professional staff who are best suited to handle the aforesaid matter. Coman & Anderson will do everything we can to staff and handle the matter efficiently in order that the charges incurred are as reasonable as possible.

The Debtor agrees to pay Coman & Anderson and be responsible for the aggregate of all fees of the firm to be billed in connection with the above-referenced matter. The Debtor agrees to pay the customary hourly rates charged from time to time. Coman & Anderson will also charge the Debtor for out-of-pocket expenses and internal charges that Coman & Anderson incurs in connection with our representation. Coman & Anderson will, of course, indicate to the Debtor upon request, the rates charged and the hours performed by each attorney, paralegal and staff member on the matter, as well as the details, rates and expenses incurred and the internal charges for such items as telephone, postage, photocopies, court costs, travel, etc. The Debtor will receive monthly progress invoices on this matter posted during the month. For each invoice, Coman & Anderson will review its work records to assure that our charges are appropriate. If there are any questions or comments concerning our services or charges during the course of our representation, we encourage the Debtor's representatives to bring them to our attention immediately so that any problems can be resolved quickly. In addition to the foregoing, attached

{00057380}

is a more detailed description of the terms and conditions of Coman & Anderson's representation of the Debtor. Your execution of this letter constitutes the Debtor's agreement to those terms and conditions.

The Debtor has agreed to pay an Advance Payment Retainer of $50,000.00 to Coman & Anderson. This retainer will be funded by a secured loan from you to the Debtor, which will be paid directly to the firm. An Advance Payment Retainer is a present payment to a lawyer in exchange for the commitment to provide legal services in the future. Ownership of an Advance Payment Retainer passes to the lawyer immediately upon payment, making it easier for Coman & Anderson to continue representing the Debtor in its bankruptcy. You recognize that an Advance Payment Retainer may be advantageous to the Debtor, because it may protect the retainer from creditors, and Coman & Anderson is unable to represent the Debtor without the protection afforded by an Advance Payment Retainer. The Advance Payment Retainer will be deposited into a Coman & Anderson business account, and not into a client funds account, as ownership of the Advance Payment Retainer passes to Coman & Anderson upon payment. We feel this amount is reasonable since we anticipate significant legal fees in handling your project. You acknowledge that you alone have the right to choose the type of retainer that you pay to Coman & Anderson and that you are choosing to make an Advance Payment Retainer.

Another type of retainer is a "Security Retainer." A Security Retainer is where funds paid to the lawyer are not considered present payment for future services, but are intended to secure payment of fees for the future services the lawyer is expected to perform. This type of retainer remains the property of the client and, therefore, must be deposited in a trust account and kept separate from the lawyer's own property until the lawyer applies it to charges for services that are actually rendered.

Withdrawals from the Advance Payment Retainer will be made on a monthly basis based on the legal fees, costs and expenses expended on the Debtor's bankruptcy case and as allowed by the Bankruptcy Court. In the event that you terminate Coman & Anderson as your legal representatives, any unused portion of your retainer will be refunded to the Debtor, at which time, if your bankruptcy is still pending, this unused portion may become part of the Debtor's bankruptcy estate.

The Debtor has the right to terminate our representation and we also have the right to withdraw as the Debtor's counsel at any time, with or without cause. If the Debtor fails to pay our statements in full, Coman & Anderson will withdraw as the Debtor's attorneys.

{00057380}

Thank you for giving us the opportunity to represent you. Please feel free to contact me if you have any questions.  We look forward to working with you on this matter.

Very truly yours,

COMAN & ANDERSON, P.C.

By: _David A. Newby_

David A. Newby

DAN/llh
Enclosure

Received and Accepted this

_____ day of _____, 2014.

Joe Pircon, sole shareholder and president
of Amerex Environmental Services, Inc.

{00057380}



## COMAN & ANDERSON P.C.
### ATTORNEYS AND COUNSELORS AT LAW

## STANDARD TERMS AND CONDITIONS FOR LEGAL SERVICES

This document sets forth the standard terms and conditions upon which Coman & Anderson, P.C. (the Firm) accepts engagements to act on behalf of its clients. Unless these terms are modified in our engagement letter, they form an integral part of our agreement with you. Therefore, we ask that you review these terms and conditions carefully and write us promptly if you have any questions. We suggest that you retain this statement in your file for future reference.

### Identifying Our Clients

The person or entity that we represent is the person or the entity identified in our engagement letter. Unless expressly identified, our engagement does not include any affiliates or relatives of such person or entity. This means that, unless we specifically agree otherwise, we do not have any lawyer-client relationship with business subsidiaries, parent companies or other business entities in a commonly controlled group, nor with a business's owners, shareholders, members, managers, partners, directors, officers, employees or agents, nor, if you are an individual, with your spouse, children or other family members. Therefore, our representation of you will not impair our ability to represent another client with interests adverse to any such affiliate or family member without obtaining your consent.

In the case of business entities that are part of complex corporate structures, we are frequently not in a position to determine what entities may be affiliated with a client, or what the nature of that affiliation may be. You agree that we will not have a client relationship with any of your affiliates as described above, regardless of any internal arrangements for the management and affairs between our client and any such affiliate, or any operational commonality among such entities such as consolidated administrative services, common in-house legal function, or any overlapping officers, directorships or ownership. If you have any concerns about this agreement or its implications, you should bring this to our attention at your earliest convenience.

### The General Scope of Our Work

With new clients, we follow the practice of describing the scope of our initial engagement in the letter we send accepting employment. With our existing clients, we may not always provide a description as to new matters upon which we are asked to provide services depending on the circumstances, but we will always be willing to provide such a description if requested. In any engagement we will limit our services to those you ask us to perform and those we deem reasonably necessary to accomplish the requested service. For example, we will not investigate or opine on claims against third parties or insurance coverage that is or may be available unless it is so stated in our engagement letter or you have specifically requested us to do so.

Where you request specific services or advice or otherwise limit our engagement, we will confine our activities to those limitations. In that event, you should understand we will not investigate or advise you on other areas of law or issues arising outside these established parameters. We will likewise limit the scope of our services as requested to avoid incurring costs or to limit the amount of fees we incur. Such limitation may result in our not taking steps or performing work that we would otherwise consider advisable.

{00055125}

At times we are asked by our clients to express our opinion as to the outcome of the matters on which we are working. Such evaluations are necessarily limited by our knowledge of the facts and are based on the state of the law at the time they are expressed. As you know, the outcome of legal matters and proceedings cannot be predicted with certainty.

## Service Providers

Customarily, each client of the Firm is served by a principal lawyer contact. Under the supervision of that lawyer, your work or parts of it may be performed by other lawyers and legal assistants in the Firm. This delegation may be for the purpose of involving lawyers, legal assistants, or other professionals with experience and knowledge in a given area or for the purpose of providing services on the most efficient and timely basis. Whenever practicable, we will identify those lawyers, legal assistants and other professionals who work on your matters.

Remember that our legal assistants are not lawyers but possess training, experience and skills that enable them to assist our lawyers in discharging their responsibilities. They may include law clerks, paralegals, lobbyists, investigators, patent agents, environmental analysts, translators, draftsmen and other technical (non-legal) specialists. Some legal assistants are on our own staff; sometimes we engage the services of outside consultants in an effort to provide the best possible outcome for you.

## How Our Fees Are Established

In determining the fees we will charge for the legal services we render for you, we will consider a number of factors, but the time and effort required to service your requirements are typically weighted most heavily. We will keep records of the time we devote to your work, including conferences (both in person and over the telephone), negotiations, court appearances, factual and legal research and analysis, document preparation and revision, and other related matters. Fees will be incurred by you for the time incurred by the Firm in representing you which may include time spent for telephone conferences, travel to and from other locations, office conferences, client conferences, drafting documents, legal research, time spent in the analysis and review of documents, and any other legal work done in connection with our representation.

You also recognize that the time that we devote to working on your behalf is spent in communication with third parties, reviewing and responding to email communications with you or others, and other activities that do not necessarily result in an immediate work product that is transmitted to you for review, analysis and/or action. We strongly believe that peer discussion and review is an important element of providing quality services, and our time records may reflect discussions among attorneys in our Firm concerning the matters for which we have been engaged.

The hourly rates of our lawyers and legal assistants applicable to the type of engagement have an important bearing on the fees we charge, but may not be the sole basis on which those fees are charged in every engagement. Even where hourly rates are used as the primary basis of computing our fees, they may be adjusted up or down according to the circumstances. The Firm's hourly rates are reviewed at least annually (typically in July) and may be changed from time to time in order to reflect current levels of experience of the lawyers and legal assistants involved, changes in overhead costs, and other factors.

We are sometimes requested to estimate the fees and costs likely to be incurred in connection with a particular matter. Whenever possible we will furnish such an estimate, but always with a clear understanding that it is not a maximum or fixed fee quotation. The ultimate fees and costs are invariably more or less than the estimated amount.

{00055125}

W:\DATA\CL.Docs\01675\001\00055125.DOCX

Unless you advise us to the contrary, the Firm will transmit statements electronically, using the email address you have provided us. In the absence of an email address, we will remit statements via regular mail.

## Other Charges That We Pass Through

In representing our clients, there typically are other charges that we itemize separately and include on our statements. Typical of such charges are messenger, courier and express delivery charges; photocopying, desktop publishing or printing and reproduction charges; filing fees and charges, including charges for electronic filings with governmental agencies and courts; court reporter fees for deposition transcripts and the like; witness fees; travel expenses; recording fees, overnight courier charges; computerized legal research charges; and charges made by outside experts and consultants, including accountants, appraisers and other legal counsel (unless arrangements have been made for such outside experts and consultants to bill the client directly). We incur outside charges as agents for our clients, and you agree that these charges will always be paid on a regular basis. We may require that you pay large out-of-pocket expenses directly or in advance.

## Multiple Accounts

We often represent single clients on a variety of different matters. Where we perform services on several discrete matters, we establish separate billing accounts so that your records may be kept separate for tax and accounting purposes. If you wish for any different type of organization for your billing, please let us know.

## Terms of Payment

We will bill you on a regular basis, normally each month, for both fees and other charges. We rely on you to pay us promptly. Our fees and charges are due when you receive our statement subject to Bankruptcy Court approval in a Chapter 11 case.

If you do not pay us within 30 days of our statement or as otherwise agreed, you agree that we may discontinue providing services immediately and withdraw from representing you after providing reasonable notice of our intention to do so. After we withdraw, we may pursue collection of your account. You agree that until we are paid in full on all of your legal matters, and except to the extent otherwise prohibited or limited by law, we have a lien on all papers and files in our possession related to any of the matters in which we have represented you, and any property recovered or obtained as a result of our work on your behalf. You agree to pay the costs of collecting the debt, including court costs, filing fees and reasonable attorneys' fees. We also reserve the right in our sole discretion to require an advance deposit at any time based on past payment history, creditworthiness or other factors that may cause us to conclude it is appropriate to do so.

## Client Responsibilities

We expect our clients to be truthful with us, to cooperate fully with us, and to provide promptly all information (including documents and electronic data) known or available to you that is relevant to our representation. If your engagement involves actual or potential claims or litigation, you have an obligation to preserve potentially relevant information, including electronic data. It is important for you to ensure automatic deletions or record retention policies are suspended as necessary to ensure this information is preserved. You should discuss these issues with us at the outset of our engagement involving any claim or litigation, unless you have a sophisticated document retention policy and program that addresses these matters and you are familiar with these requirements. You should also discuss these issues with us as soon as a dispute or litigation related to any matter on which you have engaged us becomes reasonably foreseeable. You also agree to

{00055125}

W:\DATA\CL\Doc\01679\001\00055125.DOCX

respond promptly to our request for direction and other communications and to attend meetings and court proceedings at our request. You also agree to pay our statements for services and other charges in accordance with these terms of engagement.

## Termination and Withdrawal

You may terminate our representation at any time without cause simply by notifying us in writing. Your termination of our services will not affect your responsibility for payment of fees and other charges incurred before termination and in connection with an orderly transition of the matter.

We are subject to the Rules of Professional Conduct that require or allow us to withdraw from representing a client in various circumstances. These may include any circumstances in which withdrawal can be accomplished without material adverse effect on the interest of the client. Among other circumstances that may give rise to withdrawal, subject to the Rules of Professional Conduct, we may withdraw from representing you if you do not fulfill your client responsibilities to us, including failure to pay our fees and charges, or if we determine that our relationship has become impaired, such as by your failure to follow our advice relating to representation. We try to identify in advance and discuss with you any situation that may lead to our withdrawal and, if withdrawal ever becomes necessary, we will give prompt notice of our withdrawal.

Unless previously terminated, our representation of you in any matter will terminate upon our completion of the services you retained us to perform. Generally, this will be indicated by your receipt of our final statement for services rendered on the matter.

## Issues After Our Representation Has Ended

Except where applicable laws require otherwise, you agree that the following provisions will govern the way we handle materials and records related to our representation of you. We typically store the materials we retain in electronic form. We do not keep our copies of such materials and records indefinitely. We will discard or delete the materials we retain related to your representation when we believe it is reasonable to do so, without further notice to you. Accordingly, you are strongly encouraged to keep your own files related to our representation, especially the important legal documents. We will provide you with copies of materials we have retained whenever you request them during our representation. Even after your matter is completed, on request we will provide you with copies in electronic form of any materials we still have to which you are entitled. You agree to pay our reasonable charges for retrieving and copying materials for you, and any other fees and charges that remain outstanding in connection with our representation of you and we may require such payment before delivering such materials. You authorize us to follow these procedures without providing you further notices or seeking further instruction in the future.

Our representation in any matter is limited to that specific matter, and will not give rise to any ongoing attorney-client relationship or an obligation to represent you in any subsequent matters. After termination of our representation of you in any matter, we may from time to time represent you in such subsequent matters as you may request. If we do undertake to represent you in any subsequent matter, the scope and duration of our representation will be limited to that specific subsequent matter and, unless we establish new terms of engagement with you at that time, these terms of engagement will apply.

Lawyers sometimes become personally entangled in court proceedings in connection with their clients' matters. If our Firm or any of our lawyers or staff are named as a party, or are required to produce evidence or appear, in a proceeding as a result of our services performed for you (other than as a result of our misconduct

or negligence), you agree, even after our representation has terminated, to pay us for our lawyers' and non-lawyers' time and other charges and advances incurred in connection with our defense or participation in such proceeding, on the same basis that applies to our standard hourly fees and charges in effect at the time.

After termination of our representation of you in any matter, changes may occur in applicable laws or regulations that could have an impact upon your rights and liabilities. Unless you subsequently engage us to provide such advice on the same matter, our firm has no continuing obligation to advise you with respect to future legal developments.

### Limitation on Scope of Registered Agent Duties

The Firm often acts as the Illinois "registered agent" for our Illinois-based business clients. Recognize that the Firm, in its limited capacity as registered agent for a business, is providing an administrative service. For example, receipt by the Firm of a Summons and Complaint as registered agent for a client in a lawsuit will be forwarded to the client for action. You recognize that this act does not constitute an agreement that the Firm has undertaken the defense of that suit without a specific engagement for that purpose. Similarly, such registered agency does not constitute the Firm's undertaking to defend or participate in any litigation, arbitration or other dispute resolution relating to the business.

### Modification of These Terms and Conditions

These Standard Terms and Conditions for Legal Services are subject to change from time to time. Upon revision or modification in any material fashion we will communicate such change to you. Unless you notify us in writing within 30 days of such notification, such modified or revised *Standard Terms and Conditions For Legal Services* shall govern our relationship.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Amerex Environmental Services, Inc.**                                    ,    Case No. _____
                                                                    Debtor

Chapter                        **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Pircon, Joseph J.**<br>**6 South 270 Densmore**<br>**Aurora, IL 60506** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**September 30, 2014**_____            Signature__**/s/ Joseph Pircon**_____
                                                                    **Joseph Pircon**
                                                                    **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  __Amerex Environmental Services, Inc.__

Debtor(s)

Case No. _____

Chapter  __11__

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __67__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  __September 30, 2014__

__/s/ Joseph Pircon__

__Joseph Pircon/President__
Signer/Title

```
Allied Ventilation
c/o Porritt, Kecskes, Silver & Gadd
621 S. Main St.
Plymouth, MI 48170


Allied Ventilation
21714 Schmeman Ave.
Warren, MI 48089


Amerex Environmental Technologies
c/O High Ridge Partners
140 S. Dearborn, Ste. 420
Chicago, IL 60603


Amerex Environmental Technologies
c/o High Ridge Partners
140 S. Dearborn, Ste. 420
Chicago, IL 60603


American Funds Service Company
PO Box 2560
Norfolk, VA 23501-2560


Andrew Kurth, LLP
PO Box 201785
Houston, TX 77216-1785


APF Holdings, LLC
2760 Beverly Dr., Ste. 7
Aurora, IL 60506


APF Holdings, LLC
2760 Beverly Dr., Ste. 7
Aurora, IL 60504


Arvin, Dale
3428 Charlestown Pike
Jeffersonville, IN 47130


AT&T
POB 5014
Carol Stream, IL 60197-5017
```

Atra Metal Spinning
PO Box 731
Painesville, OH 44077


Aurora Business Center LLC
Building Company
31 W. Downer Place
Aurora, IL 60506


Baghouse & Industrial Sheet Metal
1731 Pomona Rd.
Corona, CA 92880-6963


Bank Direct Capital Finance
PO Box 660448
Dallas, TX 75266-0448


Bank Direct Capital Finance
Two Conway Park
150 North Field Dr., Ste. 190
Lake Forest, IL 60045


Bent Tree - Assoc. Fees for Land
40 Little PIne Mtn. Rd.
#20202
Jasper, GA 30143


Bete Fog Nozzel, Inc.
50 Greenfield St.
Greenfield, MA 01301


Brian McMahon
31 W Downer Place
Ste. 409
Aurora, IL 60506


CAPS Consulting
18358 Crystal Lakes Dr.
North Royalton, OH 44133


Catching Fluidpower, Inc.
881 Remington
Attn: Tracy Cabrera
Bolingbrook, IL 60440

Chase
Cardmember services
15153
Wilmington, DE 19886-5153


Chemco
1500 Industrial Dr.
Monongahela, PA 15063


Chicago Blower Corporation
1675 Glen Ellyn Rd.
Glendale Heights, IL 60139


Clark Hill PLC
151 S. Old Woodward Ave.
Ste. 200
Birmingham, MI 48009


Danser Inc.
PO Box 4098
Parkersburg, WV 26104


Direct TV, Inc.
PO Box 60036
Los Angeles, CA 90060


Dorner Company
PO Box 189
Sussex, WI 53089


Dwyer Instruments
PO Box 373
Michigan City, IN 46361


Emo Trans International Freight
2322 Grand Ave.
Baldwin, NY 11510


Fleetwood Sales
PO Box 101
Naperville, IL 60566-0101

FLS Airtech
AFT Division
PO Box 2630
Evans, GA 30809


Fluid Components Intl.
1755 La Costa Meadows Drive
San Marcos, CA 92078


GFC Leasing
POB 2290
Madison, WI 53701-2290


Gordon Flesch Company, Inc.
PO Box 992
Madison, WI 53701-0992


Goyen Valve Corporation
Dept. CH 14086
Palatine, IL 60055


Hardy Systems Corp.
610 Anthony Ave.
Northbrook, IL 60062


Integrated Technical Solutions
PO Box 762
Allison Park, PA 15101-0762


Joseph Pircon
31 W. Downer Place
Ste. 409
Aurora, IL 60506


Kelsey Rex
0N660 Bowdish Dr.
Geneva, IL 60134


Komline-Sanderson Engineering
PO Box 200581
Pittsburgh, PA 15251-0581


Lhoist North America of Missouri
3700 Hulen St.
Fort Worth, TX 76107

Lulewicz, Timothy R.
2072 Wood St.
Friendship, WI 53934

Mandell Menkes LLC
One North Franklin
Ste. 3600
Chicago, IL 60606

Matthew H. Nelson
453 Suncrest Towne Centre Dr.
Ste. 300
Morgantown, WV 26505

McMahon, Brian K.
3039 Kentshire Circle
Naperville, IL 60564

Much Schelist, P.C.
c/o Anthony Valiulis
191 N. Wacker Dr., Ste. 1800
Chicago, IL 60606

National Conveyors Co., Inc.
33 Nicholson Rd.
East Granby, CT 06026

Paradise Janitorial Services, Inc.
664 Thorsen Ln.
Batavia, IL 60510

Pircon, Joseph J.
6 South 270 Densmore
Aurora, IL 60506

Pircon, Joseph P.
6 South 270 Densmore
Aurora, IL 60506

Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Rex, Kelsey L.
0N660 Bowdish Dr.
Geneva, IL 60134


Rotolok Valves, Inc.
2711 Gray Fox Rd.
Monroe, NC 28110


Royal United
600 Airport Rd.
Winchester, VA 22602-4504


Royal Wire Products, Inc.
13450 York Delta Dr.
North Royalton, OH 44133


S.D.&B. Enterprises, Inc.
201 Houston St.
Ste. 124
Batavia, IL 60510


Schlattman, Kay L.
14916 S. Hawthorn
Plainfield, IL 60544


Scouras, Lucky Achillefs
28 Cow Creek Rd.
Route 4 Box 28
Hurricane, WV 25526


Southern Filter Media, Inc.
PO Box 2170
Hixson, TN 37343


Special Timer Corporation
14524
61st St. Court North
Stillwater, MN 55082


Steptoe & Johnson PLLC
PO Box 247
Bridgeport, WV 26330-0247

Teqworks
117 Flinn St.
Batavia, IL 60510


Tony Andriola
135 Hidden Lake Circle
Canton, GA 30114


Uline
PO Box 88741
Chicago, IL 60680-1741


UPS
POB 15298
Wilmington, DE 19850-5298


Verizon Wireless
Bankruptcy Administration
500 Technology Dr., Ste. 500
Weldon Spring, MO 63304


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Amerex Environmental Services, Inc.__

Debtor(s)

Case No.

Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Amerex Environmental Services, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__September 30, 2014__

Date

__/s/ David A. Newby__

__David A. Newby 6191580__

Signature of Attorney or Litigant

Counsel for   __Amerex Environmental Services, Inc.__

__Coman & Anderson, P.C.__
__650 Warrenville Road__
__Suite 500__
__Lisle, IL 60532__
__630/428-2660 Fax:630/428-2549__
__khaskell@comananderson.com__