UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No.: 14-35495 |
| Amerex Environmental Services, Inc., ) | |
| ) | Honorable Pamela Hollis |
| Debtor. ) | |
| ) | |
| ) | |

**FINAL REPORT BY DEBTOR IN POSSESSION AND LIST OF UNPAID POSTPETITION DEBTS**

Amerex Environmental Services, Inc., formerly debtor in possession, hereby files its final report and schedule of post-petition debts as required by Bankruptcy Rule 1019(5):

1.  On September 30, 2014, the above-named debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2.  On May 19, 2015, an order was entered converting the case to a case under Chapter 7 of the Bankruptcy Code and Gina Krol was appointed interim trustee. All records and property of the estate which were in the debtor's possession or control on the date of the entry of the order of conversion have been compiled, organized, and awaiting direction from the trustee. In addition, the Trustee has requested certain banking and tax records, which are being compiled.

3.  Schedule "A" hereto attached is a list of all receipts and disbursements made by debtor in possession not included in the monthly reports heretofore filed by the debtor in possession during pendency of the Chapter 11 case.

4.  Schedule "B" attached hereto is a list of unpaid debts incurred after commencement of the superseded Chapter 11 case, including the name and address of each creditor.

5.  No property was acquired after the filing of the original petition but before entry of the conversion order.

6. No executory contracts were entered into or assumed after the filing of the original petition but before entry of the conversion order.

AMEREX ENVIRONMENTAL SERVICES, INC.

By: ___/s/ David A. Newby___
One of its attorneys

David A. Newby
Coman & Anderson, P.C.
650 Warrenville Rd., Ste. 500
Lisle, IL  60532
630-428-2660
630-428-2549 – Fax

## DECLARATION

I, JOSEPH J. PIRCON, PRESIDENT OF AMEREX ENVIRONMENTAL SERVICES INC, the debtor above named, declare under penalty of perjury that the foregoing is true and correct.

June 23, 2015

{00085369}                                    2