UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No.: 14-35495 |
| Amerex Environmental Services, Inc., | ) | |
| | ) | Honorable Pamela Hollis |
| Debtor. | ) | |
| | ) | |
| | ) | |

### NOTICE OF FILING

**To:**   See Attached Service List

**PLEASE TAKE NOTICE** that on July 9, 2015, we caused to be filed with the Northern District of Illinois Bankruptcy Court, **Final Report By Debtor In Possession and List of Unpaid Postpetition Debts**, a true and correct copy of which is served upon you herewith.

       Respectfully submitted,

       Amerex Environmental Services, Inc.

By:   *s/* David A. Newby
       One of its attorneys

David A. Newby
Coman & Anderson, P.C.
650 Warrenville Road, Suite 500
Lisle, Illinois 60532
T: (630) 428-2660
F: (630) 428-2549
dnewby@comananderson.com

{00088377}

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the foregoing **FINAL REPORT BY DEBTOR IN POSSESSION AND LIST OF UNPAID POSTPETITION DEBTS** to be served on the following parties as specified below via the Court's CM/ECF System and to the additional party listed below via first class mail, on this 9th day of July, 2015.

### VIA ECF

| | |
|---|---|
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Gina Krol | gkrol@cohenandkrol.com |
| Latonia Williams | lwilliams@goodwin.com |
| Peter J. Roberts | proberts@shawfishman.com |
| Thomas C. Wolford | twolford@ngelaw.com |
| Lawrence S. Gadd | lgadd@pksglaw.com |
| Paul W. Schwarzenbart | pschwarz@leekilkelly.com |
| Gretchen Wehrenberg Stewart | stewart@pacaenforcer.com |

        /s/ Christien R. Cain
        Christien R. Cain